**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 09-6406M |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Ryan James Headden, | ) ) | |
| Defendant. | ) ) ) | |

This matter arises on Defendant Ryan James Headden's Motion for Transportation and Subsistence Expenses. (docket # 8)

Title 18 U.S.C. § 4285 provides that when an indigent defendant is released pending a court appearance, a judge "may, when the interests of justice would be served thereby" direct the United States Marshal to arrange for or pay for transportation "to the place where his appearance is required" and "furnish [defendant] with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code." 18 U.S.C. § 4285; *United States v. Schooff*, 872 F.2d 431 (9th Cir. 1989). "However, section 4285 allows only limited payments of travel expenses to indigent defendants. It allows only payment of one-way travel to a court appearance, and not for costs of return travel." *United States v. Birdhorse*, 2007 WL 2358634, * 2 (D.N.D. 2007) (citing *e.g.*, *United States v. James*, 762 F.Supp. 1 (D.D.C. 1991); *United States v. Badalamenti*, 1986 WL 8309

(S.D.N.Y. 1986). "[The statute] does not authorize payment for subsistence during the period of the hearing,[1] *United States v. Sandoval*, 812 F.Supp. 1156, 1157 (D.Kan.1993), or for defendant's return home after the proceeding." *United States v. Vaughan*, 2002 WL 1067456, * 1 (D.Kan. 2002) (citing *United States v. James*, 762 F.Supp. 1, 2 (D.D.C. 1991); *United States v. Gonzales*, 684 F.Supp. 838, 841-42 (D.Vt. 1988).

The Court has previously determined Defendant Ryan James Headden is indigent. (docket # 2)

Good cause appearing,

**IT IS ORDERED** that Defendant Ryan James Headden's Motion for Transportation and Subsistence Expenses, docket # 8, is **GRANTED** but only to the extent of travel expenses for one-way transportation. The United States Marshal for the District of Arizona shall furnish Defendant Ryan James Headden with transportation and subsistence expenses, not to exceed the amount authorized by law, from Phoenix, Arizona to Great Falls, Montana to attend federal court proceedings on September 29, 2009.

DATED this 9th day of September, 2009.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

---

[1] The Pretrial Services Act, 18 U.S.C. §§ 3152-3156, requires the Pretrial Services Agency to provide food and shelter to indigent defendants during trial. *United States v. Gundersen*, 978 F.2d 580, 584-85 (10th Cir. 1992).

cc: E-mailed to USMS on 9/9/09. smh